UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE MARIA FIGUEROA-AVILA,<br><br>               Defendant. | Case no.  3:08-CR-00041-LRH-RAM<br><br>ORDER |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#175) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon Probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

Before being granted counsel, defendant filed a motion (#167) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion. The defendant was sentenced to the statutory minimum sentence available and is therefore not entitled to a reduction.

1  Accordingly,

2  IT IS HEREBY ORDERED that defendant's motion to withdraw (#175) is **GRANTED**.

3  IT IS FURTHER ORDERED that defendant's motion seeking Discretionary Relief
4  pursuant to 18 U.S.C. § 3582(c)(2) (#167) is **DENIED**.

5  IT IS SO ORDERED.

6  DATED this 9th day of September, 2015.

7  _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE